# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Luis Rodriguez,
Plaintiff,

v.

Connecticut Renaissance
Defendant(s).

Case No. 23cv1090
(To be supplied by the Court)

AUG 15 2023 AM 11:17
FILED-USDC-CT-NEWHAVEN

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff resides at the following location: 254 Russo Ave. East Haven CT 06513

2. Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: 1 Waterview Dr #202 Shelton CT 06484

3. This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

[X] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

[ ] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age. Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

My Year of Birth is: _____.

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☑ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ☐ Failure to hire me. I was refused a job on the following date(s): _____.

(B) ☑ Termination of my employment. I was terminated from my employment on the following date: 5-9-22.

(C) ☐ Failure to promote me. I was refused a promotion on the following date(s): _____.

(D) ☐ Other acts as specified below: _____

_____

_____

_____

2

5. The conduct of the Defendant(s) was discriminatory because it was based upon: race [✓], color [ ], religion [ ], sex [ ], age [ ], national origin [✓] or disability [ ]. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: My national origin Spanish language was expressed as a disability to me.

6. The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

_____

_____

_____

_____

_____

_____

_____

7. The approximate number of persons who are employed by the Defendant employer I am suing is: 201-500 .

8. The alleged discrimination occurred on or about the following date(s) or time period: 4-6-2022 .

9.  I filed charges with the:

   ✓ Equal Employment Opportunity Commission

   __ Connecticut Commission on Human Rights and Opportunities

10. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: 6-25-23 .

[**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so may result in delaying consideration of your claim(s).]

11. The EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: _____

_____

_____

_____

12. If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13. WHEREFORE, Plaintiff(s) pray(s) that: The Court grant such relief as may be deemed appropriate, including [**NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

   __ Injunctive orders (specify the type of injunctive relief sought): _____

   _____;

   __ Backpay;

4

☐ Reinstatement to my former position;

☐ Monetary damages (specify the type(s) of monetary damages sought): __

_____;

☐ Other (specify the nature of any additional relief sought, not otherwise provided for on this form): _____

_____;

AND costs and attorneys' fees.

## JURY DEMAND

I hereby    DO ☒    DO NOT ☐    demand a trial by jury.

_____    _____[signature]_____
Original signature of attorney (if any)    Plaintiff's Original Signature

_____    _Luis Rodriguez_____
Printed Name and address    Printed Name and address
                            254 Russo Ave.
_____    East Haven CT 06513

( )                                  (203) 435-6217
Attorney's telephone              Plaintiff's telephone

_____    luisrodriguezwork1@yahoo.com
Email address if available        Email address if available

Dated: _____

5

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __New Haven__ on __8/15/23__.
   (location)                              (date)

_____
Plaintiff's Original Signature

(Rev. 3/23/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Detroit Field Office
477 Michigan Avenue, Room 865
Detroit, MI 48226
(313) 774-0020
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 06/22/2023

**To:** Luis J. Rodriguez
254 Russo Ave
EAST HAVEN, CT 06513
Charge No: 523-2022-02808

| EEOC Representative and email: | MICHAEL HUFFMAN<br>Investigator<br>michael.huffman@eeoc.gov |
|---|---|

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 523-2022-02808.

On behalf of the Commission,

Digitally Signed By:Michelle Eisele
06/22/2023
Michelle Eisele
District Director